UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-24265-CIV-MARTINEZ-OTAZO-REYES

LISVANI PENA, et al.,
    Plaintiffs,
vs.

EULEN AMERICA, INC.,
    Defendant.
_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. The Court notes that this is a Fair Labor Standards Act case, in which Plaintiffs seek unpaid wages. In order to assist the Court in the management of the case, the parties are **ORDERED** to comply with the following procedures:

1. Plaintiffs shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular) within twenty (20) days from the date below. Plaintiffs shall promptly serve a copy of this notice and the statement on each Defendant's counsel when counsel for each Defendant first appears in the case or at the time of filing if Defendant's counsel has already appeared in the case.

2. Defendant(s) shall file a response within fifteen (15) days of receiving service of a Plaintiff's statement, setting forth in detail any defenses to a Plaintiff's claims.

3. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of November, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes; All Counsel of Record