UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24265-CIV-JEM

LISVANI PENA, RENE DIAZ GONZALEZ )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
        Plaintiff, )
  vs. )
)
EULEN AMERICA INC., )
)
        Defendants. )
_____ )

### PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**LISVANI PENA**
**Federal Overtime Wage Claim (11/27/14-3/3/17):**
Weeks: 118
Overtime hours per week: 10
Amount of overtime per hour not compensated: $24.75 (based on $16.50/hr.)
Total overtime wages unpaid and liquidated damages: $29,205.00 X 2 = $58,410.00, *exclusive of* **attorneys' fees and costs**

**RENE DIAZ GONZALEZ**
**Federal Overtime Wage Claim (4/1/2016-10/10/2016**:
Weeks: 27
Overtime hours per week: 10
Amount overtime per hour not compensated: $21.84 (based on $14.56/hr.)
Total overtime wages unpaid and liquidated damages: $5,896.8 X 2 = $11,793.6 **exclusive of attorneys' fees and costs**

**Total Liquidated: $70,203.60**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

/s/ Alejandro G. Martinez-Maldonado, Esq.
Alejandro G. Martinez-Maldonado, Esq.
Florida Bar No.: 108112

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 12/11/2017 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Alejandro G. Martinez-Maldonado_____ Alejandro G. Martinez-Maldonado, ESQ.**